# PETTY OFFENSE MINUTE SHEET

Case No.: 3:18-po-00011-12

Violation No(s).:   Optionals

Date: May 16, 2018

---

Defendant:   Brittany R. Jenkins (Smith)          Counsel:   Waived

---

PRESENT:   Judge:   Hon. Joel C. Hoppe
           Deputy Clerk: Joyce C. Jones                    Time in court: 11:10-11:16
           Court Reporter: FTR/J. Jones
           AUSA:   Nancy Healey
           Ranger:   Moses
           USPO:   Tammy Wellborn

☒ Initial Appearance.  Defendant advised of charges, rights and nature of proceedings.

☒ Defendant waives counsel; advises court wishes to proceed today without counsel.

☐ Defendant requests appointment of counsel.    ☐ Court grants request for appointment of counsel.

☐ Defendant moves for continuance.  Court trial continued to -

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 3:18-po-00012 | X | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☒ Defendant sworn, questioned and advised of rights on plea of guilty.  Government proffers/presents evidence to support plea and rests.

☐ Court trial held.

Comments-

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 3:18-po-00011 | _ | _ | X | Dismissed on motion of the Government |
| 3:18-po-00012 | X | _ | _ | Fined $40; assessed $10 court costs and $30 processing fee |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report. Sentencing set for _____.
☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond. Bond set at $_____

Additional information: